UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYLE JOHNSON<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN JOSE, et al.<br><br><br>　　　　　　Defendants. | Case Number: 5:21-cv-01849-BLF<br><br>**JURY VERDICT** |

*VERDICT FORM INSTRUCTIONS*

*Please answer the numbered questions. At the end of each question place an "X" in the space to the left of "Yes" or "No" to indicate your unanimous finding as to that question. Instructions are provided after each question in italicized font to direct you to the next question you are required to answer. Do not answer any question unless you are instructed to do so. Please begin by answering Question 1.*

1

## SECTION I: *Fourth Amendment Violation*

**On Plaintiff Kyle Johnson's** *Claims against Defendant James Adgar* **alleging that James Adgar violated Kyle Johnson's Fourth Amendment rights, we the Jury, unanimously find as follows:**

**Question 1:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar acted under color of law?

  **X** YES      ____ NO

*If the answer to Question 1 is yes, go to Question 2. If the answer to Question 1 is no, go to Question 9.*

**Question 2:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar used excessive force against Kyle Johnson?

  **X** YES      ____ NO

*Go to Question 3.*

**Question 3:** Did Kyle Johnson prove by a preponderance of evidence that James Adgar seized Kyle Johnson?

  **X** YES      ____ NO

*If your answer to Question 2 or Question 3 is yes, answer Question 4. If your answers to Question 2 and Question 3 are no, stop here and go to Question 9.*

**Question 4:** Did Kyle Johnson prove by a preponderance of evidence that James Adgar's use of excessive force on Kyle Johnson, or seizure of Kyle Johnson, was a substantial factor in causing harm to Kyle Johnson?

  **X** YES      ____ NO

*If your answer to Question 4 is yes, go to Question 5. If your answer to Question 4 is no, go to Question 9.*

**On Plaintiff Kyle Johnson's *Claim against Defendant City of San Jose* alleging a violation of Plaintiff's Fourth Amendment rights, we the Jury, unanimously find as follows:**

**Question 5:** Did Kyle Johnson prove by a preponderance of the evidence that the City of San Jose had a widespread or longstanding custom or practice of allowing police officers to use less lethal weapons, including 40mm projectiles, indiscriminately or in disregard of the City's written policies or standards?

_____ YES     __X__ NO

*If the answer to Question 5 is yes, answer Question 6. If the answer to Question 5 is no, stop here and go to Question 9.*

**Question 6:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar acted pursuant to the custom or practice described in Question 5 in shooting a 40mm projectile that struck Kyle Johnson?

N/A

_____ YES     _____ NO

*If the answer to Question 6 is yes, answer Question 7. If the answer to Question 6 is no, stop here and go to Question 9.*

**Question 7:** Did Kyle Johnson prove by a preponderance of the evidence that the custom or practice described in Question 5 was the moving force that caused James Adgar to shoot a 40mm projectile that struck Kyle Johnson on May 30, 2020?

N/A

_____ YES     _____ NO

*If the answer to Question 7 is yes, then answer Question 8. If the answer to Question 7 is no, go to Question 9.*

**Question 8:** Did Kyle Johnson prove by a preponderance of evidence that the City of San Jose's custom or practice described in Question 5 was a substantial factor in causing harm to Kyle Johnson?

N/A

_____ YES     _____ NO

*Go to Question 9.*

## SECTION II: *First Amendment Violation*

**On Plaintiff Kyle Johnson's *Claim against Defendant James Adgar* alleging James Adgar violated Kyle Johnson's First Amendment rights, we the Jury, unanimously find as follows:**

**Question 9:** Did Kyle Johnson prove by a preponderance of the evidence that he was participating in constitutionally protected activity when he was struck in the back of the leg with a 40mm projectile?

  __X__ YES         ____ NO

*If the answer to Question 9 is yes, answer Question 10. If the answer to Question 9 is no, stop here and go to Question 17.*

**Question 10:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar acted under color of law?

  __X__ YES         ____ NO

*If the answer to Question 10 is yes, answer Question 11. If the answer to Question 10 is no, stop here and go to Question 17.*

**Question 11:** Did Kyle Johnson prove by a preponderance of the evidence that retaliation for his exercise of his First Amendment rights of free speech or assembly was a substantial or motivating factor that caused James Adgar to indiscriminately shoot the 40mm projectile that struck Kyle Johnson on May 30, 2020?

  __X__ YES         ____ NO

*If the answer to Question 11 is yes, answer Question 12. If the answer to Question 11 is no, stop here and go to Question 17.*

**Question 12:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar's indiscriminate use of 40mm projectiles would chill a person of ordinary firmness from continuing to engage in the protest?

__X__ YES     ____ NO

*If the answer to Question 12 is yes, answer Question 13. If the answer to Question 12 is no, stop here and go to Question 17.*

**Question 13:** Did Kyle Johnson prove by a preponderance of evidence that James Adgar's retaliation for Kyle Johnson exercising his First Amendment rights of free speech or assembly was a substantial factor in causing harm to Kyle Johnson?

__X__ YES     ____ NO

*If the answer to Question 13 is yes, answer Question 14. If the answer to Question 13 is no, stop here and go to Question 17.*

5

Case No. 5:21-cv-01849-BLF

**On Plaintiff Kyle Johnson's *Claim against Defendant City of San Jose* alleging violation of Plaintiff's First Amendment rights, we the Jury, unanimously find as follows:**

**Question 14:** Did Kyle Johnson prove by a preponderance of the evidence that the City of San Jose had a widespread or longstanding custom or practice of allowing police officers to use less lethal weapons, including 40mm projectiles, indiscriminately or in disregard of the City's written policies or standards, in retaliation against persons exercising free speech and assembly rights?

\_\_\_\_ YES      _X_ NO

*If the answer to Question 14 is yes, answer Question 15. If the answer to Question 14 is no, stop here and go to Question 17.*

**Question 15:** Did Kyle Johnson prove by a preponderance of the evidence that the custom or practice described in Question 14 was the moving force that caused Defendant Adgar to shoot a 40mm projectile May 30, 2020 into the crowd of protestors that included Kyle Johnson?

N/A

\_\_\_\_ YES      \_\_\_\_ NO

*If the answer to Question 15 is yes, answer Question 16. If the answer to Question 15 is no, go to Question 17.*

**Question 16:** Did Kyle Johnson prove by a preponderance of evidence that the City of San Jose's custom or practice described in Question 14 was a substantial factor in causing harm to Kyle Johnson?

N/A

\_\_\_\_ YES      \_\_\_\_ NO

*Go to Question 17.*

## SECTION III: *Bane Act*

**On Plaintiff Kyle Johnson's *Claim against Defendant James Adgar* alleging James Adgar violated the California Bane Act, we the Jury, unanimously find as follows:**

**Question 17:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar acted violently against Kyle Johnson?

　 X　 YES 　　　　　 ___ NO

*If the answer to Question 17 is yes, answer Question 18. If the answer to Question 17 is no, stop here and go to Question 21.*

**Question 18:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar committed acts of violence to prevent Kyle Johnson from exercising his right to be free from unreasonable seizure?

　 X　 YES 　　　　　 ___ NO

*Answer Question 19.*

**Question 19:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar committed acts of violence to prevent plaintiff from exercising his right to free speech and assembly or to retaliate against plaintiff for having exercised his right to free speech and assembly?

　 X　 YES 　　　　　 ___ NO

*If the answer to Question 18 or 19 is yes, answer Question 20. If the answer to Question 18 and 19 is no, stop here and go to Question 21.*

**Question 20:** Did plaintiff prove by a preponderance of the evidence that James Adgar's conduct was a substantial factor in causing harm to plaintiff?

　 X　 YES 　　　　　 ___ NO

*Go to Question 21.*

## SECTION IV: *Battery*

**On Plaintiff Kyle Johnson's *Claim against Defendant James Adgar* alleging battery, we the Jury, unanimously find as follows:**

**Question 21:** Did Kyle Johnson prove by a preponderance of evidence that James Adgar caused Kyle Johnson to be touched with the intent to harm or offend Kyle Johnson?

　　X　YES　　　　　____ NO

*If the answer to Question 21 is yes, answer Question 22. If the answer to Question 21 is no, stop here and go to Question 25.*

**Question 22:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar used unreasonable force on Kyle Johnson?

　　X　YES　　　　　____ NO

*If the answer to Question 22 is yes, answer Question 23. If the answer to Question 22 is no, stop here and go to Question 25.*

**Question 23:** Did Kyle Johnson consent to James Adgar's use of force?

　　____ YES　　　　　X　NO

*If the answer to Question 23 is no, go to Question 24. If the answer to Question 23 is yes, stop here and go answer Question 25.*

**Question 24:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar's use of unreasonable force was a substantial factor in causing harm to Kyle Johnson?

　　X　YES　　　　　____ NO

*Go to Question 25.*

## SECTION V: *Negligence*

**On Plaintiff Kyle Johnson's *Claim against James Adgar* alleging negligence, we the Jury, unanimously find as follows:**

**Question 25:** Did Plaintiff prove by a preponderance of the evidence that on May 30, 2020 James Adgar negligently shot a 40mm projectile that struck Plaintiff?

__X__ YES          ____ NO

*If the answer to Question 25 is yes, answer Question 26. If the answer to Question 25 is no, stop here and go to Question 32.*

**Question 26:** Did Kyle Johnson prove by a preponderance of the evidence that he was harmed?

__X__ YES          ____ NO

*If the answer to Question 26 is yes, answer Question 27. If the answer to Question 26 is no, stop here and go to Question 32.*

**Question 27:** Did Kyle Johnson prove by a preponderance of the evidence that James Adgar's negligence was a substantial factor in causing Kyle Johnson's harm?

__X__ YES          ____ NO

*If the Answer to Question 27 is yes, answer Question 28. If the answer to Question 27 is no, stop here and go to answer Question 32.*

### SECTION VI: *Contributory Negligence*

*The following questions only apply to Plaintiff Kyle Johnson's Fifth Claim for Negligence. Answer Question 28 and follow the instructions only if your answers to Questions 25, 26, and 27 are yes. If you answered no to Question 25, 26, or 27, stop here and go to Question 32.*

**On James Adgar's defense alleging that Plaintiff's harm was caused or contributed to by Plaintiff's actions, or the actions of others, we the Jury, unanimously find as follows:**

**Question 28:** Did James Adgar prove by a preponderance of the evidence that Kyle Johnson's conduct on May 30, 2020 was negligent?

\_\_\_\_ YES        _X_ NO

*If the answer to Question 28 is yes, answer Question 29. If the answer to Question 28 is no, skip Question 29 and answer Question 30.*

N/A

**Question 29:** Did James Adgar prove by a preponderance of the evidence that Kyle Johnson's negligence was a substantial factor in causing Kyle Johnson's harm?

\_\_\_\_ YES        \_\_\_\_ NO

*Answer Question 30.*

**Question 30:** Did Defendant Adgar prove by a preponderance of the evidence that any of the following other persons were negligent:

a. The person identified in Exhibit 552a that corresponds to video Exhibit 527 at 22:33:13-15?

_X_ YES        \_\_\_\_ NO

b. The person identified in Exhibit 553 that corresponds to video exhibit 107 at 22:33:25-27?

_X_ YES        \_\_\_\_ NO

*If the answer to Question 30a or 30b is yes, answer Question 31. If the answer to Question 30a and 30b is no, go to Question 32.*

**Question 31:** Did Defendant Adgar prove by a preponderance of the evidence that the conduct of others was a substantial factor in causing or contributing to Plaintiff's harm?

   __X__ YES        _____ NO

*Go to Question 32.*

## SECTION VII: *Damages*

*Answer Question 32 only if the answer to Questions 4, 8, 13, 16, 20, 24, <u>or</u> 27 is yes. If the answer to <u>all</u> of these questions is no, date and sign this verdict form, and return it to the Court.*

**On Plaintiff Kyle Johnson's claim for damages, we the Jury, unanimously find as follows:**

**Question 32:** What amount has Plaintiff proved by a preponderance of the evidence will fairly compensate Plaintiff for any harm to him?

$ 1,353,313

*Answer Question 33 only if you answered yes to Question 29, Question 31, or both.*

**Question 33:** On Plaintiff's Fifth Claim for Negligence only, what percentage of responsibility for Plaintiff's harm do you assign to the following?

Defendant James Adgar        78 %
Plaintiff Kyle Johnson         0 %

The person identified in Exhibit 552a that corresponds to video Exhibit 527 at 22:33:13-15.        17 %

The person identified in Exhibit 553 that corresponds to video exhibit 107 at 22:33:25-27.         5 %

**TOTAL**            **100%**

*Please have the Presiding Juror sign and date the verdict form and return it to the Court.*

Dated: January 22, 2025          Presiding Juror: /s/ Mary Grace Perry

12

Case No. 5:21-cv-01849-BLF