**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KYLE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　　Defendants. | Case No. 5:21-cv-01849-BLF<br><br>**ORDER REQUIRING SUPPLEMENTAL DECLARATION REGARDING MOTION FOR ATTORNEYS' FEES** |

In order to aid the Court's resolution of Plaintiff's Motion for Attorneys' Fees and Costs, Dkt. No. 263, the Court ORDERS Plaintiff's counsel to submit a supplemental declaration on or before Tuesday, April 29, 2025. Counsel shall provide to the Court a list of cases where Plaintiff's attorneys were awarded attorneys' fees in civil rights cases in the Northern District of California over the past five years. The declaration shall list the hourly rate awarded to each attorney requesting fees in this case.

If desired, Plaintiff's counsel may also identify cases litigated by other law firms and attorneys and specifically identify hourly rates awarded for those attorneys in civil rights cases only in the Northern District of California within the last five years.

**IT IS SO ORDERED.**

Dated: April 21, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　United States District Judge