UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYLE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No. 5:21-cv-01849-BLF<br><br>**ORDER REQUIRING SUPPLEMENTAL MATERIALS REGARDING PLAINTIFF'S FEE MOTION** |

As discussed on the record at the hearing, in order to aid the Court's resolution of Plaintiff's Motion for Attorneys' Fees and Costs, Dkt. No. 263, the Court ORDERS as follows:

1. By June 6, 2025, Defendants shall produce to Plaintiff a chart containing the following information:

   a. A list of depositions that were at least partly related to Plaintiff's *Monell* claims, including (1) the deponent's name, (2) the date of the deposition, (3) the length in hours of the deposition, and (4) Defendants' estimate of the percentage of time spent on questioning dedicated to *Monell* issues;

   b. A list of discovery materials that were relevant only to Plaintiff's *Monell* claims, including (1) the initial discovery request number and description, (2) the date on which the production occurred, (3) a description of the responsive materials included in the production, and (4) a quantification (*i.e.*, number of hours of footage or number of pages) of those materials.

2. By June 27, 2025, Plaintiff shall add relevant annotations indicating Plaintiff's understanding of the percentage of time spent on *Monell* questioning or the appropriate quantification of the discovery materials.

3. The Parties shall then meet and confer no later than July 2, 2025.

4. The Parties shall file the joint chart on the docket **on or before July 3, 2025**.

**IT IS SO ORDERED.**

Dated:  May 15, 2025

_____
BETH LABSON FREEMAN
United States District Judge